IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JAVIER VAZQUEZ, and all others similarly situated, | ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 1:20-cv-05799 |
| v. | ) ) | Judge Virginia M. Kendall |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) ) | Magistrate Judge Sunil R. Harjani |
| *Defendant* | ) | |

## STIPULATION OF DISMISSAL

All matters in controversy in the above captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, plaintiff, JAVIER VAZQUEZ ("Plaintiff"), and defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum Life"), hereby stipulate and agree to the dismissal of Plaintiff's Complaint and the above captioned lawsuit, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

By: /s/ Timothy P. Dwyer (with consent)
    Attorney for Plaintiff,
    Javier Vazquez

Timothy P. Dwyer
Dwyer Law Office
One East Wacker Drive, Suite 2020
Chicago, Illinois 60601
P: 312-245-2700
tim@tpd-law.com

By: /s/ Jacqueline J. Herring
    Attorney for Defendant,
    Unum Life Insurance Company of America

Jacqueline J. Herring (Ill. No. 6282246)
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle Street, Suite 3130
Chicago, Illinois 60601
P: 312-541-0300
jackie.herring@svs-law.com

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2020, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorney:

Timothy P. Dwyer
Dwyer Law Office
One East Wacker Drive, Suite 2020
Chicago, IL 60601
tim@tpd-law.com

*/s/ Jacqueline J. Herring*
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle St. Suite 3130
Chicago, Illinois 60601
P  312.541.0300  |  F  312.541.0933
jackie.herring@svs-law.com
Illinois Bar No. 6282246